No. 77–1114.   Ternes v. North Dakota.   Sup. Ct. N. D. Certiorari denied.

No. 77–1139.   Burnett v. Arkansas.   Sup. Ct. Ark.   Certiorari denied.

No. 77–1178.   Quinn v. Kansas Power & Light Co. C. A. 10th Cir.   Certiorari denied.

No. 77–1187.   Black et al. v. United States.   C. A. 10th Cir.   Certiorari denied.

No. 77–1204.   Rodriguez v. United States; and
No. 77–1212.   Rodriguez v. United States.   C. A. 3d Cir. Certiorari denied.

No. 77–1215.   Cady v. United States.   C. A. 8th Cir. Certiorari denied.

No. 77–5832.   Cole v. Illinois.   App. Ct. Ill., 5th Dist. Certiorari denied.

No. 77–5875.   Duke v. United States.   C. A. 2d Cir. Certiorari denied.

No. 77–5884.   Welch v. Evans et al.   C. A. 4th Cir. Certiorari denied.

No. 77–5895.   Rudolph v. Wisconsin.   Sup. Ct. Wis. Certiorari denied.

No. 77–5971.   Myers v. United States.   C. A. 9th Cir. Certiorari denied.

No. 77–6008.   Asumansi v. United States.   C. A. 4th Cir. Certiorari denied.

No. 77–6037.   Wylie v. United States.   C. A. D. C. Cir. Certiorari denied.